IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES C JACKSON**     **PLAINTIFF**
**ADC #134123**

v.     **CASE NO. 4:21-CV-00628-BSM**

**ANDY SHOCK**     **DEFENDANT**

## ORDER

James Jackson's complaint [Doc. No. 2] is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. See Doc. No. 3.

IT IS SO ORDERED this 5th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE