IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES C JACKSON**  **PLAINTIFF**
**ADC #134123**

v.   CASE NO. 4:21-CV-00628-BSM

**ANDY SHOCK**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE